STATE v. LEWIS

　　No. 5 PC.

　　Case below: 17 N.C. App. 159.

　　Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1973.


STATE v. MARTIN

　　No. 23 PC.

　　Case below: 17 N.C. App. 317.

　　Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1973.


STATE v. MITCHELL

　　No. 42 PC.

　　Case below: 15 N.C. App. 431.

　　Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1973.


STATE v. MITCHUM

　　No. 25 PC.

　　Case below: 17 N.C. App. 372.

　　Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1973.


STATE v. SALEM

　　No. 18 PC.

　　Case below: 17 N.C. App. 269.

　　Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1973.